

**FILED**

NOV 2 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael Aaron Jayne
(Name of Plaintiff)

Shasta County Jail
(Address of Plaintiff)
1655 West St
Redding, Ca 96001

vs.

Sprint P.C.S., Redding Police officer Solada, Anderson Police officer Steve Blunk, Anderson Police Det Collier, Anderson Police Dispatch, C.D.C.R Parole supervisor Rick Burrows, C.D.C.R supervisor John Heise, C.D.C.R Parole Agent Randy Abney, C.D.C.R Parole S.S.U Agent Harrison, Parole Agent Larry Welch
(Names of Defendants)

2:07CV2522 LKK GGH (PC)
(Case Number)

COMPLAINT

I. Previous Lawsuits:

   A. Have you brought any other lawsuits while a prisoner:   ☑ Yes    ☐ No

   B. If your answer to A is yes, how many?: ___1___ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff  Michael Aaron Jayne

      Defendants  Shasta County sheriff Jim Pope Deputies Kropholks, Berg, Hughes, Larson, Moen, Anderson Police officer Peery

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983            Rev'd 5/99

2. Court (if Federal Court, give name of District: if State Court, give name of County)
   U.S District court Eastern District of California (Sac)

3. Docket Number  CIV-S-02-0418 WBS JFM

4. Name of judge to whom case was assigned  William B. Shubb

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   Full Jury Trial march of 2005 (case closed)

6. Approximate date of filing lawsuit  March 2002

7. Approximate date of disposition  March 2005

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?   ☒ Yes    ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                       ☒ Yes    ☐ No
      If your answer is no, explain why not _____

   C. Is the grievance process completed?                              ☒ Yes    ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant  Solada  is employed as  Redding Police officer  at  1900 California St, Redding, Ca 96001

   B. Additional defendants  Anderson Police officer Steve Blunk, Anderson Police Detective collier, Anderson Police Dispatch, California Department of corrections and Rehabilitation Parole supervisor Rick Burrows, California Dept of Corrections and Rehabilitation parole supervisor John Heise, California Dept of corrections Parole Agent Randy Abney, S.S.U Agent Harrison

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

On october 11, 2006 Plaintiff Paroled from SATF state Prison to the Redding Parole office. Imediately the Plaintiff complained during the course of 2 months about being subjected to retaliation by his previous Parole Agent Larry welch in which a major Internal Affairs investigation was conducted. The Plaintiff was found factually Innocent on all charges in his criminal proceddings back in october 26, 2005, he Then was still given a year parole revocation based on Agent Larry welch's fabrication of plaintiff with little regard to factual Innocense finding. The Plaintff spent 1 year of illegal confinement

Continued –

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

That sprint PC.S pay Plaintff 25,000 dollars for releasing his celphone records to law enforcement without warrant, That Redding Police & C.D.C.R pay for plaintiffs loss of wages 1500.00 plus 500.00 impound fee, That Redding Police & C.DC.R pay 10,000.00 for illegal confinement from march 3, 2007 to march 6, 2007, That C.D.C.R pay 18,000.00 plus 40,000.00 for illegal confinement from october 11, 2005 to october 11, 2006 in which Plaintff was found factually Innocent of the crime in Court, That Parole Agent Randy Abney be ordered to pay 50,000.00 by filing a perjured report against plaintff and a injunction be placed against

Signed this 18 day of November, 19 2007.   relef Continued –

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_____          _____
(Date)                                              (Signature of Plaintiff)

Relief continued -                              (1)

Parole Agent Randy Abney & the rest of the Redding C.D.C.R Parole Agents to have no contact with the Plaintiff what so ever. And that Anderson Police Department Defendants Collier, Blunk & Dispatch pay the Plaintiff 25,000.00 for illegally lying and obtaining his personal cel phone records without a warrant, saying he was a Kidnapping suspect when he was not.

Respectfully submitted

Statement of Claim —                                                              (1)

@ SATF based on Larry Welch's fabrications. The Plaintiff made a complaint of misconduct against Larry Welch. Office of Internal Affairs conducted there investigation and Parole supervisor recommended that The Plaintiffs Parole be transferred to Redding Region 2 based on The seriousness of The Investigation. Imediately The Plaintiff contacted PA III Sullivan and contacted Parole Supervisor Burrows and Heise in Sacramento's C.D.C.R.'s office complaining that he is being subjected to harassment by Redding Parole Agent Abrey who is Larry Welch's partner. Larry Welch promised to make life a "living Hell" and to see to it the Plaintiff gets "all day" in state Prison. The Plaintiffs Parole was eventually transferred to The Red Bluff Parole office based on The imediate conflict of The Redding Parole Agents and Plaintiffs fear of Agent Welch and Abrey. The Plaintiff told Agent Abrey that someone had told him that Agent Abrey is a child molester. Agent Abrey became enraged and said that the Plaintiff is in for a Rude Awakening. This occured in February of 2007. On March 3, 2007 Parole Agent Rocky Abrey and S.S.U Agent Harrison ordered Redding Police officer to book The Plaintiff in The Shasta County Jail "saying unauthorized to be in Shasta County." Plaintiff told officer Solada that he is authorized to be in Shasta County and is going to work at The Record Searchlight and goes to Shasta

(2)

college. The Plaintiff told officer Solada that Parole Agent Abrey is not authorized to be in contact with him, because of the past threats and Internal Affairs investigation. Further the Plaintiff told officer Solada that Agent Abrey is not his Parole Agent nor has ever been. The Plaintiff was taking down at Gun Point at the Burger King parking lot in Redding California @ 4:00 P.M. on March 3, 2007. His truck was impounded and officer Solada used unecessary force by throwing Plaintiff to the Ground. The Plaintiff insisted that officer Solada contact his Parole Agent in Red Bluff Ben ~~Ananauro~~ Ananauro. The Plaintiff served 3 days of illegal confinement lost 1500.00 in wages, lost another 500.00 in his impound fees. Upon his release the Plaintiff contacted John Heise with the C.D.C.R's Parole headquarters he said he would speak to PA III Sullivan and it would not happen again. The Plaintiff demanded he be re-imbursed for his impound fees & loss of wages the PA III Sullivan refused to lodge a 602 complaint. Approximately 2 weeks later a Miss Shonda Kessler went to Anderson Police to file for a restraining order against the Plaintiff. The Anderson Police, then maliciously contacted Parole Agent Randy Abrey knowingly

(3)

bypassing his assinged Parole Agent so Randy Abney could go after the Plaintiff. Anderson Police officer Blunk, collier, & Dispatch coursed miss Kessler into saying the plaintiff held her against her will for 6 hours. Then these officers illegally sent a exigent circumstance request/ Demand to the Plaintiffs cel phone provider saying he was wanted for kidnapping and to provide his cel records and G.P.S location without a warrant or real cause. Sprint P.C.S provided the call records to the Anderson Police based on this false and illegal pretense. Parole Agent Randy Abney served a illegal search warrant on the Plaintiffs best friends house Raymond Sargent, Parole Agent Randy Abney threw Plaintiffs Brother-In law down at Gun point telling him" Michael Jayne is going to Die". The Plaintiff sent a complaint to the chief of Redding police, Anderson Police and filed a complaint against Randy Abney with the California's office of Internal Affairs. The Plaintiff Cannot exhaust remidies against sprint as non are available. Agent Abney has fabricated a Parole report saying the Plaintiff threatned Kittrell wyrick and Shanda Kessler. Agent Abney further lied in this report about the facts surrounding statements miss Kessler gave to him about the Plaintiff allegedly impersonating an officer, threatning mr. wyrick's sister and

(4)

writing that the Plaintiff would die from suicide by cop. Parole Agent Abney is a rogue Agent and the Plaintiff continues to suffer without this court intervention

Dated: November 18, 2007

*[signature]*
Respectfully submitted



November 6, 2007

Michael Jayne, T-22594
Shasta County Jail
1655 West Street
Redding, CA 96001

Dear Mr. Jayne:

The Office of the Inspector General has received your correspondence dated October 8, 2007.

As mentioned in our earlier communication, the Office of the Inspector General has evaluated your October 1, 2007 letter and the supporting documents you provided to this office.

We reviewed your complaint and supporting documents and determined that this information should be referred to the Office of Internal Affairs.

We have therefore referred a copy of your complaint and supporting documents to the California Department of Corrections and Rehabilitation, Office of Internal Affairs.

Thank you for bringing your concerns to our attention.

INTAKE AND REVIEW UNIT
Office of the Inspector General

AF:07-9156-02