1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10  MICHAEL AARON JAYNE,

11           Plaintiff,                    No. CIV S-07-2522 LKK GGH P

12       vs.

13  SPRINT PCS, et al.,

14           Defendants.

15  _____/         ORDER

16           Plaintiff, a Shasta County Jail inmate proceeding pro se, seeks relief pursuant to

17  42 U.S.C. § 1983.   Plaintiff makes a motion to seal the court record in this action predicated on

18  his belief that certain "outlaw bikers" have "murder contract out on plaintiff."  Motion, p. 1.  He

19  alleges that these bikers have taken steps since his incarceration to try and have plaintiff killed

20  "and have been searching for any reason & cause to get him killed or assaulted at the jail."  Id.

21  These same bikers have somehow obtained plaintiff's "publicly held" police reports from the

22  Shasta County Court Clerk which they have tried to use to demonstrate that plaintiff is a "snitch,"

23  so that plaintiff will be injured or killed.  Motion, pp. 1-2., & see attached declaration.

24           Plaintiff states that "underground politics" by the "C.D.C. underground" by level

25  4 yard "white prison inmates" bar complaints and lawsuits against officers for any misconduct.

26  Motion, p. 2.  According to plaintiff, white prison inmates regard suing officers as "ratting," and

1

1   plaintiff fears being stabbed for filing this lawsuit as well as citizen complaints against officers

2   for their misconduct.  Id.

3           This putative motion will be denied.  Plaintiff's somewhat histrionic claims

4   simply are not logical, and in any case are not adequately supported.  There are far too many

5   prisoner civil rights actions filed in this court by inmates suing prison officials for the

6   undersigned to find plaintiff's claim credible that simply the act of filing such an action places

7   inmates in jeopardy of being perceived as "snitches," and stabbed or otherwise attacked by fellow

8   inmates.  Moreover, plaintiff is incarcerated at Shasta County Jail, not in custody in a level 4 yard

9   state prison.  Also, the court fails to see how plaintiff's safety from "outlaw bikers" out to injure

10   him, or worse, is enhanced by sealing this action.  If plaintiff is concerned that he is in danger

11   from specific individuals he should notify the appropriate authorities.

12           Accordingly, IT IS HEREBY ORDERED that plaintiff's April 3, 2008 (#9),

13   motion to seal the court record in this case is denied.

14   DATED:  04/15/08

15                          /s/ Gregory G. Hollows

16                          _____

                           UNITED STATES MAGISTRATE JUDGE

17   GGH:009
    jayn2522.dny

18

19

20

21

22

23

24

25

26