IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

    Plaintiff,                              No. CIV S-07-2522 LKK GGH P

   vs.

SPRINT PCS, et al.,

    Defendants.                            ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has requested that defendants CDCR Parole Administrator Richard Burrows (sued as CDCR Parole Supervisor Rick Burrows) and Redding Parole Agent Larry Welch be dismissed from this action. Pursuant to Fed. R. Civ. P. 41(a), these defendants are voluntarily dismissed by plaintiff.

    Accordingly, the Clerk of Court shall dismiss defendants Rick Burrows and Larry Welch from this action.

DATED: 05/28/08

                                                    /s/ Gregory G. Hollows
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
jayn2522.59md