IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

      Plaintiff,                        No. CIV S-07-2522 LKK GGH P

      vs.

SPRINT PCS, et al.,

      Defendants.              ORDER

_____/

      Plaintiff, a Shasta County prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On April 15, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

---

[1] Subsequently, plaintiff notified the court of his transfer from Shasta County Jail to High Desert State Prison. When an inmate seeks injunctive relief concerning an institution at which he is no longer incarcerated, his claims for such relief become moot. See Sample v. Borg, 870 F.2d 563 (9th Cir. 1989); Darring v. Kincheloe, 783 F.2d 874, 876 (9th Cir. 1986). See also Reimers v. Oregon, 863 F.2d 630, 632 (9th Cir. 1988). Plaintiff does not demonstrate a reasonable possibility that he will be returned to Shasta County Jail at any predictable time in the future.

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2  304, this court has conducted a de novo review of this case. Having carefully reviewed the entire
3  file, the court finds the findings and recommendations to be supported by the record and by
4  proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. The findings and recommendations filed April 15, 2008 (#13), are adopted in
7  full; and
8  2. Plaintiff's April 9, 2008, "emergency" motion for a TRO/preliminary
9  injunction (#11) is denied.
10 DATED:  June 16, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT