**PERKINS COIE LLP**
TROY P. SAURO, State Bar No. 224097
  tsauro@perkinscoie.com
Four Embarcadero Center, Suite 2400
San Francisco, California  94111
Telephone:  (415) 344-7000
Facsimile:   (415) 344-7050

Attorney for Defendant
Sprint PCS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON JAYNE,<br><br>        Plaintiff,<br><br>    v.<br><br>SPRINT PCS, et al.,<br><br>        Defendants. | No. CIV S-07-2522 LKK GGH P<br><br><br>**DEFENDANT SPRINT'S MOTION TO DISMISS** |

Defendant Sprint PCS (Sprint), by counsel, submits this Motion to Dismiss the claim of *Pro Se* Plaintiff Michael Aaron Jayne, under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  At the time of filing, Plaintiff Jayne was incarcerated at Shasta County Jail and is currently incarcerated at Highland Desert State Prison.  Therefore, this motion is being submitted upon the record without oral argument and is not being noticed on the motion calendar pursuant to United States District Court for the Eastern District of California Local Rule 78-230(m).

//

//

//

//

-1-

1    Because Sprint enjoys absolute immunity for the actions alleged in Plaintiff's complaint

2    under the Stored Communications Act, 18 U.S.C. §§ 2702(c)(4) & 2703(e), and for reasons set

3    forth in the accompanying Memorandum of Law, Plaintiff's complaint should be dismissed with

4    prejudice.

5

6    DATED:  June 23, 2008                        **PERKINS COIE** LLP

7

8                                                By:  /s/ Troy P. Sauro
                                                      Troy P. Sauro

9                                                Attorneys for Defendant
                                                 Sprint PCS
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT SPRINT'S MOTION TO DISMISS
CASE NO. CIV S-07-2522 LKK GGH P

1

## PROOF OF SERVICE

2        I, Troy P. Sauro, declare:

3        I am a citizen of the United States and employed in San Francisco County, California.

4   I am over the age of eighteen years and not a party to the within-entitled action.  My business

5   address is Four Embarcadero Center, Suite 2400, San Francisco, California  94111-4131.  On

6   June 23, 2008, I served a copy of the within document(s):

7               **DEFENDANT SPRINT'S MOTION TO DISMISS**

8        ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
            forth below on this date before 5:00 p.m.
9

10       ☒    by placing the document(s) listed above in a sealed envelope with postage thereon
            fully prepaid, the United States mail at San Francisco, California addressed as set
11           forth below.

12       ☐    by placing the document(s) listed above in a sealed _____ envelope and
            affixing a pre-paid air bill, and causing the envelope to be delivered to a
13           _____ agent for delivery.

14       ☐    by personally delivering the document(s) listed above to the person(s) at the
            address(es) set forth below.
15

16   MICHAEL AARON JAYNE, T-22594          MICHAEL AARON JAYNE
     SHASTA COUNTY JAIL                     HIGHLAND DESERT STATE PRISON
17   1655 West Street                       P.O. Box 3030
     Redding, CA 96001                      Susanville, California 96127-3030
18   Plaintiff                              Plaintiff

19   JAMES A. WYATT                         GARY BRICKWOOD
     2130 Eureka Way                        1135 Pine Street, Suite 210
20   Post Office Box 992338                 Redding, CA 96001
     Redding, CA 96099-2338                 (530) 245-1877
21   (530) 244-6060                         (530) 245-1879 (fax)
     (530) 244-6069 (fax)                   Attorney for Defendant
22   Attorney for Defendants                REDDING POLICE OFFICER LEVI
     ANDERSON POLICE DEPARTMENT,            SOLADA
23   OFFICER STEVE BLUNK, and
     OFFICER REGINA COLLIER

24       //

25       //

26       //

27

28

DEFENDANT SPRINT'S MOTION TO DISMISS
CASE NO. CIV S-07-2522 LKK GGH P

1  I am readily familiar with the firm's practice of collection and processing correspondence

2  for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same

3  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

4  motion of the party served, service is presumed invalid if postal cancellation date or postage

5  meter date is more than one day after date of deposit for mailing in affidavit.

6  I declare under penalty of perjury under the laws of the State of California that the above

7  is true and correct.

8  Executed on June 23, 2008, at San Francisco, California.

9

10                                    /s/ Troy P. Sauro

11                                               Troy P. Sauro

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT SPRINT'S MOTION TO DISMISS
CASE NO. CIV S-07-2522 LKK GGH P