IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL AARON JAYNE,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SPRINT PCS, et al.,**<br><br>　　　　　　　Defendants. | Case Number:  2:07-cv-2522 LKK GGH P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

　　　　Defendants Harrison, Heise and Abney request for an extension of time to file a responsive pleading in this matter was considered by this Court,[1] and good cause appearing,

　　　　IT IS HEREBY ORDERED that Defendants Harrison, Heise and Abney have until July 23, 2008, to file a responsive pleading.  No further extension.


Dated: 06/24/08　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Gregory G. Hollows

jayn2522.po

---

　　1.  Defendants Solada, Anderson Police Department, and Officers Blunk and Collier have previously filed their answers.

[Proposed] Order Granting Defendants' Request for an Extension of Time to File a Responsive Pleading

1