IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

        Plaintiff,              No. CIV S-07-2522 LKK GGH P

   vs.

SPRINT PCS, et al.,

        Defendants.

_____/      ORDER

        Plaintiff, a Shasta County Jail inmate proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff makes an "'emergency' motion to seal exhibits...." Motion, filed 8/25/08. To the extent plaintiff seeks to have the exhibits he appends to his motion placed under seal, the motion will be granted. However, to the extent plaintiff is requesting that all exhibits, or the entire case, be placed under seal, he has not made the requisite showing.

        Plaintiff has also requested that his previously filed motions to compel be withdrawn and that request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's 8/25/08 (# 53) "emergency" motion to seal exhibits is granted to the extent that the filing in docket entry # 53 will be placed under seal; the motion is otherwise denied;

1

2.  The Clerk of the Court is directed to place the 8/25/08 (# 53) filing by plaintiff under seal;

3.  Plaintiff's 8/26/08 (# 55) motion to withdraw his motions to compel, filed on 8/05/08 (# 41 and # 42) is granted; and

4.  The Clerk of the Court is to note in the docket of this case that the motions to compel, filed on 8/05/08 (# 41 and # 42), are hereby vacated, pursuant to plaintiff's 8/26/08 (#55) motion.

DATED:  09/03/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
jayn2522.sea+