IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

       Plaintiff,                    No. CIV S-07-2522 LKK GGH P

   vs.

SPRINT PCS, et al.,

       Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks dismissal of defendants Redding Police Officer Solada, CDCR Parole Supervisor Heise and SSU Agent Harrison (sued as CDCR Parole SSU Agent Harrison) from this action.  Pursuant to Fed. R. Civ. P. 41(a)(1), defendants Heise and Harrison have been voluntarily dismissed by plaintiff.  However, defendant Solada has filed an answer.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendant Solada notify this court, within ten days, whether he has any objection to his dismissal from this action.  Should this defendant fail to respond, plaintiff's request to dismiss defendant Solada will be granted pursuant to Fed. R. Civ. P. 41(a)(2); and

\\\\\

\\\\\

1

2. The Clerk of the Court is directed to note in the docket of this case that plaintiff has voluntarily dismissed defendants Heise and Harrison from this action, pursuant to Fed. R. Civ. P. 41(a)(1).

DATED: 09/23/08                             /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
jayn2522.59a+