IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

        Plaintiff,                    No. CIV S-07-2522 LKK GGH P

    vs.

SPRINT PCS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, and defendant Redding Police Officer Solada have filed a stipulated dismissal with prejudice of defendant Solada from this action, pursuant to Fed. R. Civ. P. 41(a)(1). <u>See</u> Docket Entry # 14, filed on 10/14/08.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is to note in the docket of this case that defendant Solada has been dismissed with prejudice from this action per stipulation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: 10/20/08

                              /s/ Gregory G. Hollows
                              _____
                              UNITED STATES MAGISTRATE JUDGE

GGH:009
jayn2522.59ggh