IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL AARON JAYNE,**<br><br>                                        Plaintiff,<br><br>           v.<br><br>**SPRINT PCS, et al.,**<br><br>                                        Defendants. | Case No.:  2:07-cv-2522 LKK GGH P<br><br>**ORDER re: DEFENDANTS' REQUEST TO SEAL EXHIBITS TO CLERK'S RECORD ENTRY NUMBER 76** |

      Upon review of the moving papers and good cause appearing, defendants' request to seal the exhibits to Clerk's Record docket entry # 76, is DENIED in part and GRANTED in part, as follows.  The motion is DENIED as to pages 1 through 7 and pages 50 through 56 of docket entry # 76, filed on 10/08/08, plaintiff's objections to Findings and Recommendations; the motion is GRANTED as to docket # 76, as to pages 8 through 49, and the Clerk of the Court is directed to seal only those pages, 8 through 49, of docket # 76.  Further, plaintiff is ordered to refrain, in future, from filing documents which contain confidential information regarding any individual, such as a social security number.

      IT IS SO ORDERED.

Dated: November 6, 2008

                                                               s/s Gregory G. Hollows
                                                                The Honorable Gregory G. Hollows

jayn2522.ord