IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

    Plaintiff,　　　　　　　　No. CIV S-07-2522 LKK GGH P

  vs.

SPRINT, PCS, et al.,

    Defendants.　　　　　　　ORDER
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 20, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 20, 2009, are adopted in full;

2. The motion to dismiss, filed by defendant Sprint, on 6/23/08 (docket #29), is granted and defendant Sprint is dismissed with prejudice; and defendants' motion to dismiss, filed on 7/23/08 (#37) is granted and defendant Abney is dismissed without prejudice; and this matter shall proceed only as to the answering defendants.

DATED: March 26, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT