IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

        Plaintiff,                   No. CIV S-07-2522 LKK GGH P

    vs.

SPRINT PCS, INC., et al.,

        Defendant.               ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        Plaintiff has also requested a 90-day extension of time to file a response to the October 14, 2009, motion for summary judgment. The request will be partially granted.

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's November 2, 2009, request for the appointment of counsel (Docket No. 108) is denied;

2. Plaintiff's November 2, 2009, motion for an extension of time (Docket No. 108) is partially granted; and

3. Plaintiff is granted until January 15, 2010, in which to file a response to the October 14, 2009, motion for summary judgment.

DATED: November 13, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
jayn2522.31+36