IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

        Plaintiff,                      No. 2:07-cv- 2522 KJN P

    vs.

SPRINT PCS, INC., et. al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed February 3, 2010, this court directed plaintiff to file, by February 26, 2010, an opposition, if any, to defendants' October 14, 2009 motion for summary judgment. That date has since passed, and plaintiff has not filed an opposition or otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that defendants' October 14, 2009 motion for summary judgment be granted and this action be dismissed without prejudice. See Local Rule 11-110.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

1

within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 16, 2010

                             _____
                             KENDALL J. NEWMAN
                             UNITED STATES MAGISTRATE JUDGE

jayn.2522.dism